IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20385
_____


ANDERSON GREENWOOD & COMPANY,

                                        Plaintiff-Appellee,

                    versus

WARNER G. BUCK MARTIN; KEVIN P.
MARTIN; NIBSCO SERVICES
INCORPORATED; NITRAM ENERGY
INCORPORATED; FLOW SAFE
INCORPORATED; FLOW SAFE SUPPLY
INCORPORATED,

                                        Defendants-Appellants.

_____

        Appeal from the United States District Court for the
                    Southern District of Texas
                         (H-97-CV-309)
_____
                      December 16, 1997

Before JOLLY, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is AFFIRMED.  See 47.6.

                                        A F F I R M E D.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.